UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>RICHARD ALLEN GARCIA,<br><br>                    Defendant. | 2:05-cr-293-LDG-GWF<br><br>ORDER |

        IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for

Monday, April 13, 2015 at 10:00 a.m., be vacated and continued to  Thursday, May 14, 2015

at the hour of   10:00      a  .m.; or to a time and date convenient to the court.

        DATED this 20 day of April, 2015.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE
                                                        LLOYD D. GEORGE